# McLaughlin & Stern, LLP
**Founded 1898**

Tracy A. Burnett
Partner
tburnett@mclaughlinstern.com
Direct: (212) 448-1100 ext. 1246

260 Madison Avenue
New York, New York 10016
(212) 448–1100
FAX (212) 448-0066
www.mclaughlinstern.com

Great Neck, New York
Millbrook, New York
Westport, Connecticut
West Palm Beach, Florida
Naples, Florida

October 6, 2023

<u>Via ECF</u>
Honorable Arun Subramanian, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Edward O'Donnell, 23 Cr. 499</u>

Dear Judge Subramanian:

    We represent Edward O'Donnell in the above-referenced matter. We are writing to request an extension of time for Mr. O'Donnell to meet the conditions of his bond.

    Pursuant to the conditions of release, Mr. O'Donnell's personal recognizance bond must be signed by two financially responsible persons. Mr. O'Donnell has identified two financially responsible persons who have agreed to co-sign the bond – Judith Moraglia and Christopher King. We are working with the U.S. Attorney's Office on coordinating the logistics of getting approval for the two co-signers. <u>Mr. O'Donnell moves this court for an additional week, from October 5, 2023 to October 12, 2023, to return the fully executed personal recognizance bond.</u>

    He has fully complied with all other conditions of his release, and will continue to comply with the conditions of his release.

    The undersigned wrote to the Government to seek their consent to this request, and has not heard back.

Respectfully submitted,

/s/ Tracy A. Burnett
Tracy A. Burnett

cc:    Kiersten Fletcher, AUSA

SO ORDERED. The Clerk of Court is directed to terminate the motion at ECF No. 17.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: October 10, 2023

Allison Nichols, AUSA
Margaret Graham, AUSA
(Via ECF)