# MCLAUGHLIN & STERN, LLP

**FOUNDED 1898**

| | | |
|---|---|---|
| TRACY A. BURNETT<br>Partner<br>tburnett@mclaughlinstern.com<br>Direct: (212) 448-1100 ext. 1246 | 260 MADISON AVENUE<br>NEW YORK, NEW YORK 10016<br>(212) 448–1100<br>FAX (212) 448-0066<br>www.mclaughlinstern.com | GREAT NECK, NEW YORK<br>MILLBROOK, NEW YORK<br>WESTPORT, CONNECTICUT<br>WEST PALM BEACH, FLORIDA<br>NAPLES, FLORIDA |

October 23, 2023

Via ECF
Honorable Arun Subramanian, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

SO ORDERED. The Clerk of Court is directed to terminate the motion at ECF No. 26.

*/s/ Arun Subramanian/*

Arun Subramanian, U.S.D.J.
Date: October 23, 2023

Re:   *United States v. Edward O'Donnell,* 23 Cr. 499

Dear Judge Subramanian:

As Your Honor is aware, we represent Edward O'Donnell in the above-referenced matter. We are writing to request an **extension of time to October 30, 2023, for Mr. O'Donnell to return the fully executed personal recognizance bond.**

We received the bond from the U.S. Attorney's Office on Thursday evening. Because one of Mr. O'Donnell's co-signers has been traveling and was out of town when the bond was received by the undersigned, and the bond is not officially sworn in until the wet signature copy is received by mail to the Court, Mr. O'Donnell is seeking an extension of time to return the signed personal recognizance bond.

He has fully complied with all other conditions of his release and will continue to comply with the conditions of his release.

Respectfully submitted,

/s/ Tracy A. Burnett
Tracy A. Burnett

cc:   Kiersten Fletcher, AUSA
      Allison Nichols, AUSA
      Margaret Graham, AUSA
      (Via ECF)

Jessica Aguilar Adan
U.S. Pretrial Services Officer
(Jessica_Aguilar-Adan@nyspt.uscourts.gov)