# M<span>c</span>L<span>aughlin</span> & S<span>tern</span>, <span>llp</span>
F<span>ounded</span> 1898

**T<span>racy</span> A. B<span>urnett</span>**
Partner
tburnett@mclaughlinstern.com
Direct: (212) 448-1100 ext. 1246

260 M<span>adison</span> A<span>venue</span>
N<span>ew</span> Y<span>ork</span>, N<span>ew</span> Y<span>ork</span> 10016
(212) 448–1100
FAX (212) 448-0066
www.mclaughlinstern.com

G<span>reat</span> N<span>eck</span>, N<span>ew</span> Y<span>ork</span>
M<span>illbrook</span>, N<span>ew</span> Y<span>ork</span>
W<span>estport</span>, C<span>onnecticut</span>
W<span>est</span> P<span>alm</span> B<span>each</span>, F<span>lorida</span>
N<span>aples</span>, F<span>lorida</span>

October 27, 2023

Via ECF
Honorable Arun Subramanian, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Edward O'Donnell,* 23 Cr. 499

Dear Judge Subramanian:

    As Your Honor is aware, we represent Edward O'Donnell in the above-referenced matter. We are writing, with the consent of the Government, to respectfully request permission for Mr. O'Donnell to travel to Teaneck, NJ on Sunday, October 29, 2023, to attend a wake, and to travel to Bransford, CT on November 6, 2023, for a job interview.

    Mr. O'Donnell's fully executed personal recognizance bond has been returned to the Court and his co-signers have been sworn in. Currently, the bond conditions for Mr. O'Donnell permit unrestricted travel within the Southern and Eastern Districts of New York, and the Eastern District of Pennsylvania. Mr. O'Donnell seeks <u>**permission to travel to Teaneck, NJ on Sunday, October 29, 2023 to attend the wake of a close friend. He also seeks permission to travel to Bransford, CT on November 6, 2023, for a job interview.**</u>

    The Government has informed us that they have no objections to this application. This request was also discussed with U.S. Pre-Trial Services Officer Jessica Aguilar-Adan, who have informed us that Pre-Trial Services also has no objections.

                   Respectfully submitted,

                   /s/ Tracy A. Burnett
                   Tracy A. Burnett

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: October 27, 2023

cc: Kiersten Fletcher, AUSA
Allison Nichols, AUSA
Margaret Graham, AUSA
(Via ECF)

Jessica Aguilar-Adan
U.S. Pretrial Services Officer
(Jessica Aguilar-Adan@nyspt.uscourts.gov)