**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

March 25, 2024

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

VIA ECF

Re: United States v. Edward O'Donnell
23 Cr. 499 (AS)

Dear Judge Subramanian:

      Defendant Edward O'Donnell ("O'Donnell") is currently at liberty on a $250,000 unsecured bond that contains numerous conditions including a restriction of his travel to the Southern and Eastern Districts of New York and the Eastern District of Pennsylvania. By this letter, O'Donnell respectfully makes two travel requests. Mr. O'Donnell would like to travel to Florida with his family from March 31, 2024 to April 5, 2024 and to Massachusetts with his family to see his in-laws over the Memorial Day holiday from May 23, 2024 to May 28, 204. O'Donnell will provide a specific itinerary to Pretrial Services ("Pretrial") well in advance of any travel. Pretrial, by United States Pretrial Officer Robert Stehle, consents to this application. The government, by Assistant United States Attorney Kiersten A. Fletcher, defers to Pretrial's opinion on the travel requests.

      Thank you for Your Honor's consideration of these applications.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

The requests are GRANTED.
SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: March 26, 2024