**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

September 4, 2024

> Application GRANTED. The Clerk of Court is directed to terminate the motion at Dkt. 73.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: September 5, 2024

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

VIA ECF

Re:   United States v. Edward O'Donnell
      23 Cr. 499 (AS)

Dear Judge Subramanian:

Defendant Edward O'Donnell's ("O'Donnell") sentencing memorandum is due no later than September 16, 2024. By this letter, I respectfully request a one day extension, without any other alteration of the sentencing schedule, of this filing deadline. I will be travelling the three days prior to the current due date and the extra day will provide me with time to finalize O'Donnell's sentencing submission after consultation. The government, by Assistant United States Attorney Thomas Burnett, consents to this request. I thank the government for the courtesy.

Thank you for Your Honor's consideration of this application.

Very truly yours,

*Sanford Talkin*
Sanford Talkin

AUSA Thomas Burnett (by ECF)